IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| GAYLE LELA FORSTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEERE & COMPANY, aka JOHN DEERE COMPANY,<br><br>CLYDE D'CRUZ, individual,<br><br>KEVIN KEITH, individual, and<br><br>BRIAN MATSON, individual,<br><br>    Defendants. | Case No.: 6:12-cv-2072-JSS<br><br><br>**PLAINTIFFS' DESIGNATION REGARDING DEPOSITION TESTIMONY** |
| WANDA JO LENIUS,<br><br>    Plaintiff,<br><br>v.<br><br>DEERE & COMPANY, aka JOHN DEERE COMPANY,<br><br>CLYDE D'CRUZ, individual,<br><br>KEVIN KEITH, individual, and<br><br>BRIAN MATSON, individual,<br><br>    Defendants. | Case No.: 6:12-cv-02063-JSS<br><br><br>**PLAINTIFFS' DESIGNATION REGARDING DEPOSITION TESTIMONY** |

    Plaintiffs, by agreement, are intending to introduce the testimony of Linda Hibben and Richard Brammer by way of deposition. Linda Hibben is not within the subpoena power of the Court, and Mr. Brammer has a medical excuse for not being able to testify.

1

Plaintiffs also intend to introduce portions of Sheryl Friend's and Robert Barnes' depositions. Sheryl Friend will be present at the time of trial, but plaintiffs only intend to read a small portion of her deposition testimony into their case in chief pursuant to Rule 32(a)(1) of the Federal Rules of Civil Procedure and also pursuant to Rule 32(3) of the Federal Rules of Civil Procedure. Robert Barnes' deposition will qualify for reading a small portion of it into evidence also pursuant to Rule 32(a)(1).

**Plaintiffs' designation of Linda Hibben deposition testimony**

1. 4:5 – 5:8
2. 7:13 – 12:15
3. 13:11 – 20:20
4. 21:4 – 22:11
5. 26:22 – 32:19
6. 32:25 – 33:11
7. 34:24 – 36:18
8. 37:1 – 37:12
9. 38:1 – 38:18
10. 38:25 – 40:21
11. 42:5 – 42:11
12. 48:14 – 49:16
13. 50:1 – 53:10
14. 54:6 – 54:18
15. 56:13 – 56:21
16. 64:18 – 66:17
17. 67:5 – 67:10
18. 67:20 – 67:22

### Plaintiffs' designation of Richard Brammer deposition testimony

1. 4:2 – 5:1
2. 5:4 – 5:5
3. 5:9 – 6:11
4. 6:21 – 7:1
5. 11:24 – 12:8
6. 13:9 – 13:13
7. 14:1 – 16:10
8. 21:12 – 22:3

### Plaintiffs' designation of Robert Barnes deposition testimony

1. 4:7 – 4:15
2. 5:25 – 6:8
3. 106:5 – 107:11

### Plaintiffs' designation of Sheryl Friend deposition testimony

1. 4:8 – 4:11
2. 7:21 – 8:2
3. 8:16 – 8:19
4. 9:18 – 9:20
5. 9:24 – 10:1
6. 10:12 – 10:15
7. 11:10 – 11:13
8. 12:11 – 13:1
9. 13:8 – 13:16
10. 16:23 – 17:11
11. 23:7 – 24:6

12. 24:11 – 25:2

13. 28:2 – 28:20

 

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By /s/ Gregorty T. Racette_____
  /s/ Patrick T. Vint_____
  /s/ Amy B. Pellegrin_____
  GREGORY T. RACETTE, AT0006447
  PATRICK T. VINT, AT0008811
  AMY B. PELLEGRIN, AT0011047
  2700 Grand Ave. Suite 111
  Des Moines, IA 50312
  Telephone: 515-244-0111
  Facsimile: 515-697-4299
  Email:gracette@hhlawpc.com
    pvint@hhlawpc.com
    apellegrin@hhlawpc.com
  ATTORNEYS FOR PLAINTIFFS

Certificate of Service

      I hereby certify that on February 13, 2015, I presented the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

Frank Harty
Angel A. West
Debra L. Hulett
Frances M. Haas
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Phone: (515) 283-3170

                                    BY: /s/ Lisa Rickers